UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

| | | |
|---|---|---|
| Comcast of Massachusetts I, Inc. ("Comcast") | ) ) ) | Case No.: 04-10939 PBS |
| Plaintiff, | ) ) ) | ANSWER |
| vs. | ) ) | |
| Shaunt Sarian | ) ) | |
| Defendant | ) ) | |
| _____ | ) | |

## NATURE OF ACTION

1.  Defendant denies the allegations set forth in subsection a. and b. of

    paragraph one.

2.  Defendant denies the allegations in this paragraph.

## PARTIES

3.  Defendant does not have sufficient information to admit or deny

    this allegation.

4.  Defendant admits to having a principal residence at 9 Arpi Way,

    Wayland, MA but denies the balance of the allegations in this

    paragraph.

## JURISDICTION AND VENUE

5.  Defendant does not have sufficient information to admit or deny

    this allegation.

6.    Defendant does not have sufficient information to admit or deny

this allegation.

## GENERAL ALLEGATIONS

7.    thru 12. Defendant does not have sufficient information to admit or

deny the allegations in these paragraphs.

13.    thru 17. Defendant denies the allegations in these paragraphs.

## COUNT 1

18.    Defendant repeats his answers by reference to paragraphs 1 thru 17.

19.    Defendant denies the allegations in this paragraph.

20.    Defendant denies the allegations in this paragraph.

21.    Defendant does not have sufficient information to admit or deny the

allegations in this paragraph.

22.    Defendant denies the allegations in this paragraph.

23.    Defendant does not have sufficient information to admit or deny the

the allegations in this paragraph.

24.    Defendant denies the allegations in this paragraph

## COUNT 2

25.    Defendant repeats his answers by reference to paragraphs 1 thru 24.

26.    Defendant denies the allegations in this paragraph.

27.    Defendant denies the allegations in this paragraph.

28.    Defendant does not have sufficient information to admit or deny the

allegations in this paragraph.

29.    Defendant denies the allegations in this paragraph.

30.    Defendant denies the allegations in this paragraph.

31.    Defendant denies the allegations in this paragraph.

## COUNT 3

32.    Defendant repeats his answers by reference to paragraphs 1 thru 31.

33.    Defendant denies the allegations in this paragraph.

34.    Defendant denies the allegations in this paragraph.

35.    Defendant denies the allegations in this paragraph.

## Count 4

36.    Defendant repeats his answers by reference to paragraphs 1 thru 35.

37.    Defendant denies the allegations in this paragraph.

38.    Defendant denies the allegations in this paragraph.

39.    Defendant denies the allegations in this paragraph.

## DEFENSES

40.    Plaintiff knows or should know that the defendant does not have a

descrambling device as agents or employees of plaintiff inspected

defendants home and found no descrambling device.

## COUNTERCLAIM

41.    This action is brought in violation of Mass. General Laws Chapter

93A.

42.    Defendants reputation has been harmed by this action and should be

entitled to damages from the plaintiff for this action.

43.    Defendant requests a trial by jury.

Respectfully Submitted by the Defendant,
Shaunt Sarian


Shaunt Sarian
9 Arpi Way
Wayland, MA 01778
Telephone: (508) 655-4565