## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Massachusetts I, Inc. ("Comcast")<br><br>     Plaintiff,<br><br>     vs.<br><br>Shaunt Sarian<br><br>     Defendant | Case No.: **04-10939PBS**<br><br>**MOTION FOR POSTPONEMENT OF SCHEDULING CONFERENCE** |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order postponing the scheduling conference presently scheduled for August 4, 2004. As grounds for this motion Plaintiff's Counsel, Attorney John M. McLaughlin, has long since planned his annual summer vacation for the workweek running from August 2, 2004 through August 6, 2004. Attorney McLaughlin has already rented a vacation property out-of-state.

In further support of this motion the Plaintiff:

1.     Offers the affidavit of Attorney John M. McLaughlin;

2.     States that the affidavit contains good factual grounds to postpone said hearing;

---

### Certification pursuant to LR D. Mass 7.1 (A) (2)

Plaintiff's counsel certifies that he contacted the Defendant during the week of June 21, 2004 regarding this motion. Defendant said that he would get back to Plaintiff's Counsel with response but he has yet to do so.

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 1st day of July 2004, I served a copy of the foregoing Motion for Postponement of Scheduling Conference and the Affidavit of John M. McLaughlin in Support of Motion for Postponement of Scheduling Conference via first-class mailing to:

Shaunt Sarian
9 Arpi Way
Wayland, MA  01778

_____
John M. McLaughlin