## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| Comcast of Massachusetts I, Inc. ("Comcast")<br><br>Plaintiff,<br><br>vs.<br><br>Shaunt Sarian<br><br>Defendant | Case No.: **04-10939PBS**<br><br>**AFFIDAVIT OF JOHN M. MCLAUGHLIN IN SUPPORT OF MOTION FOR POSTPONEMENT OF SCHEDULING CONFERENCE** |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1.  I am presently scheduled to take my summer vacation during the workweek that runs from August 2, 2004 to August 6, 2004. This vacation has been scheduled for months.

2.  I am going on vacation with my wife and two children.

3.  I have already rented vacation property in Watch Hill, RI for this time period.

4.  I contacted the Defendant during the week of June 21, 2004 to discuss this motion. Defendant said that he would get back to Plaintiff's Counsel with response but he has yet to do so.

Subscribed and sworn to, under the pains and penalties of perjury, this 1st day of July 2004.

John M. McLaughlin