UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ("Comcast") | ) Case No.: **04-10939-NMG** |
| Plaintiff, | ) **JOINT STATEMENT OF THE PARTIES** ) **PURSUANT TO LOCAL RULE 16.1(D)** |
| vs. | ) |
| **Shaunt Sarian** | ) |
| Defendant | ) |

Now come the Plaintiff, Comcast, and the Defendant, Shaunt Sarian and pursuant to Local Rule 16.1(D), do hereby submit the following Joint Statement to this Honorable Court.

## I.   PARTIES' CONFERENCE

John M. McLaughlin, Counsel for the Plaintiff certifies that he teleconferenced with staff from the Defendants Counsel's office, David Mahlowitz, on the issues required be discussed pursuant to this rule on August 12, 2004; however, Attorney McLaughlin was not able to discuss these issues with Defendants Counsel. Therefore, this statement represents the proposal of the Plaintiff only.

## II.   SETTLEMENT PROPOSAL

Counsel for the Plaintiff does hereby certify that he presented a Settlement Proposal to the Defendant pursuant to Local rule 16.1(C).

## III.   MEDIATION

The Plaintiff is amenable to mediation.

## IV.  JOINT STATEMENT AS TO DISCOVERY/MOTIONS

The following represents the proposal of the Plaintiff and is submitted to the Court such that the Court can utilize same in devising the Scheduling Order.

1. **Discovery**

   A.  The Parties propose that all discovery be completed by January 31, 2005.

   B.  The depositions of non-expert witnesses shall not exceed seven (7) hours per witness unless leave of the Court has been obtained or a written stipulation of the parties has been entered into to exceed said seven (7) hour limitation.  The parties may also utilize subpoena duces tecum in conjunction with these non-expert depositions.

   C. The Parties propose that the written discovery shall include, but not limited to, interrogatories, requests for production, and requests for admissions.  Pursuant to Fed. R. Civ. P. 33, interrogatories shall be limited to 25 in number, including sub-parts.  Pursuant to Fed. R. Civ. P. 34, each person shall have the opportunity to submit two sets of requests for production of documents and things to the other party.

   D.  The plaintiff shall disclose to defendant all experts and expert reports by January 31, 2005.  The defendant shall disclose to plaintiff all experts and expert reports by January 31, 2005.

2. **Motions**

   A.  All motions pursuant to Fed. R. Civ. P. 56 shall be filed no later than February 31, 2005.

## V.  CERTIFICATION

Counsel for the Plaintiff certifies by their signatures below and all pursuant to Local Rule 16.1(D) that Plaintiff and its Counsel have conferred as to:

1. Establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and,

2. To consider the resolution of litigation to the use of alternative dispute resolution programs.

### VI. CONSENT TO APPEAR BEFORE A MAGISTRATE

The Plaintiff is amenable to Trial before a Magistrate.

Respectfully Submitted for the Plaintiff,
By Its Attorney,

2/13/04
Date

John M. McLaughlin
**McLaughlin Sacks, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

_____          _____
Date                               Deena Jarosz, Settlement and Collections Manager