UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04cv10939 NMG |
| ) | |
| Plaintiff, ) | **SUBSTITUTE APPEARANCE** |
| ) | |
| vs. ) | |
| ) | |
| **Shaunt Sarian** ) | |
| ) | |
| ) | |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

9/10/04
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the /0 day of Sept , 2004, a copy of the foregoing was sent via first class mail to:

Shaunt Sarian
9 Arpi Way
Wayland, MA 01778

Attorney David Mahlowitz
2 Central Street
Framingham, MA 01701

_____
John M. McLaughlin, Esq.