**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Comcast of Massachusetts I, Inc.**

Plaintiff,

vs.

**Shaunt Sarian**

Defendant,

Case No.: **04-10939-NMG**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

4/8/05
Date

/s/ John M. McLaughlin
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 8th day of April 2005, a copy of the foregoing was mailed first class to:

Shaunt Sarian
9 Arpi Way
Wayland, MA 01778

/s/ John M. McLaughlin
John M. McLaughlin, Esq.